*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION

No. 04-09-00434-CR

**IN RE** Raymond **SCHREINER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Marialyn Barnard, Justice

Delivered and Filed: August 26, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On July 17, 2009, relator Raymond Schreiner filed a petition for writ of mandamus, seeking to compel the trial court to enter a *nunc pro tunc* order modifying his judgment of conviction to reflect additional pre-sentence jail time credit. Relator filed a motion for *nunc pro tunc* in the trial court, which was denied on March 25, 2008. Relator asserts the trial court failed to give him 222 days of pre-sentence jail time credit. We requested a response from the respondent and the real party in interest. The Honorable Catherine Torres-Stahl filed a response, asserting that relator was given all of the pre-sentence jail time credit he is entitled to. In Cause No. 1998CR6656, relator was

---

[1] This proceeding arises out of Cause Nos. 1998CR6656 and 1999CR2488, styled *State of Texas v. Raymond Schreiner*, in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.

arrested on October 16, 1998, sentenced on August 2, 1999, and was given 291 days of pre-sentence jail time credit.  In Cause No. 1999CR2488, relator was arrested on May 27, 1999, sentenced on August 2, 1999, and was given 68 days of pre-sentence jail time credit.  According to the record, relator was given the appropriate amount of pre-sentence jail time credit.  Accordingly, we DENY the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH